AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
August 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Myrna Gallegos__
DEPUTY

United States of America )
v. )
Ricardo Guadalupe DOMINGUEZ, also known as ) Case No. **EP-25-MJ-4655-ATB**
(a.k.a.) "Mago" or "Magus" )
)
)
)
Defendant(s) )

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __08/19/2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(i) and (a)(1)(B)(i) | Conspiracy to Bring in Aliens |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_
Daniel Diaz, HSI TFO
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __08/21/2025__

_Judge's signature_

City and state: __El Paso, Texas__   Anne T. Berton, Magistrate Judge
_Printed name and title_

Complaint sworn to telephonically on __August 21, 2025__ at __01:09 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

AFFIDAVIT

United States Border Patrol (USBP) Agents and Special Agents with Homeland Security Investigations (HSI) have been investigating a Trans-National Criminal Organization (TCO) that is involved in the smuggling of aliens through man-made tunnels and Underground Municipal Infrastructure, also referred to as "storm drains". One of the targets of the investigation is Ricardo Guadalupe DOMINGUEZ, who goes by the moniker "Mago" or "Magus" (hereinafter "DEFENDANT").

On January 10, 2025, USBP agents discovered a man-made cross-border tunnel in the Western District of Texas. The tunnel connected Juarez, Mexico and El Paso, Texas. The tunnel intersected with the El Paso, Texas storm drain system, allowing smugglers to bring aliens into the storm drain system and transport them to various exit points across El Paso, Texas.

From interviews of cooperating defendant's, the DEFENDANT has been identified as a member of the TCO and is known to facilitate human smuggling events by providing vehicles and tools used to tamper and cause damage to existing storm drains. The DEFENDANT was also identified by cooperating defendant's as being involved with the construction of the man-made cross-border tunnel that was discovered on January 10, 2025.

On August 7, 2024, USBP agents were conducting inspections at known entry points of the Modesto storm drain tunnel and saw it had been tampered with. Agents saw the lock to one of the access points located on the U.S. side was missing. The Modesto storm drain is approximately 1.5 miles east of the Bridge of the Americas Port of Entry in the Western District of Texas. Further inspection of the storm drain resulted in the discovery of several construction tools and damage to the structure. Cooperating Defendant #1 was found in the area and placed under arrest. In a post-*Miranda* interview, Cooperating Defendant #1 identified a subject by the moniker of "Magus" as a facilitator for this event. Cooperating Defendant #1 told agents that "Magus" offered them a job breaking through the concrete of a storm drain and building an adjoining tunnel. Cooperating Defendant #1 stated "Magus" provided the tools for this event and personally drove them to the storm drain entrance.

On December 16, 2024, USBP and HSI agents arrest an individual (hereinafter "Cooperating Defendant #2") that was involved in human smuggling events in the Western District of Texas. Cooperating Defendant #2 was identified as a facilitator and stash house coordinator that oversaw the smuggling of aliens through the storm drains in El Paso, Texas. Cooperating Defendant #2 was also involved in the use of box trucks to smuggle aliens. The box trucks have modifications to the bottom of the truck that allow for aliens exiting the storm drains to enter the cargo area of the box truck unnoticed. During a post-*Miranda* interview, Cooperating Defendant #2 stated members of the TCO instructed Cooperating Defendant #2 to hand over control of all the box trucks and vehicles to "Mago". Cooperating Defendant #2 provided the agents with the location of a box truck and van that were parked in El Paso, Texas. Based on the information provided agents were able to locate a white in color Ford Econoline van bearing Mexican license

plates as well as a box truck. Records checks on the Ford van show it crossed into the United States on October 23, 2024, via the Paso Del Norte Port of Entry. The crossing history check revealed the DEFENDANT was the driver. Cooperating Defendant #2 also identified a possible location of an underground man-made tunnel. This tunnel was later confirmed as the same tunnel discovered by law enforcement on January 10, 2025. After the interviews of Cooperating Defendant #1 and Cooperating Defendant #2 agents suspected the DEFENDANT to be "Mago" or "Magus".

On January 15, 2025, Cooperating Defendant #1 was arrested again. During a post-*Miranda* interview, Cooperating Defendant #1 admitted that he was still working for "Mago" A photo line-up was presented to Cooperating Defendant #1. Cooperating Defendant #1 positively identified the DEFENDANT as "Mago".

On February 25, 2025, the DEFENDANT applied for admission to the United States via the Paso Del Norte Port of Entry in El Paso, Texas. During the inspection Customs and Border Protection Officers (CBPO) located a Small Unmanned Aircraft System (SUAS), often referred to as a "drone". CBPO's conducted a border search of the drone and a cell phone the DEFENDANT had on his person. A search of the drone revealed several recorded videos depicting the area around the border fence. It was clear from the landscape seen on the video that it was taken in the El Paso, Texas area. There was also one picture showing the faces of other members of the TCO who are also targets of the investigation.

During this encounter agents conducted a post-*Miranda* recorded interview of the DEFENDANT. The DEFENDANT made no admissions regarding illegal activity. As agents had a fact-to-face conversation they have since become familiar with the sound of his voice. Agents used this interview to compare DEFENDANT's voice with audio recordings recovered during other subsequent smuggling events. A search of the cellphone revealed several voice recorded messages between the DEFENDANT and other individuals wherein they discuss the man-made tunnel that was discovered by law enforcement. During the conversations the DEFENDANT states they should all leave the area until the activity calmed down. DEFENDANT also states, "lo que no saben los putos, es que les vamos a aser otro" which translates to "What they don't know is that we are going to build another one". Based on the context of the message's agents believe this message is in reference to the TCO constructing another cross-border tunnel in the area.

On July 24, 2025, a concerned citizen notified USBP agents that they had observed five subjects exiting a storm drain at the intersection of San Antonio Ave., and Oregon St. in downtown El Paso, Texas. USBP agents responded, entered the storm drain and discovered an abandoned cellphone. No aliens were apprehended. A search of the device revealed several WhatsApp Messenger conversations regarding the use of the storm drain for the purpose of smuggling aliens. An extraction of the cellphone revealed several audio recordings with a phone number saved under "Magus". Based on the prior interview of the DEFENDANT, agents believe the

voice heard on the messages is the DEFENDANT. The communications reveal discussions for the best routes to take and the direction of travel for the purpose of smuggling aliens. From July 24, 2025, to the present date, agents have disrupted numerous alien smuggling events in this same storm drain where the cell phone was located.

On August 19, 2025, the DEFENDANT applied for admission to the United States at the Paso Del Norte Port of Entry in El Paso Texas. The DEFENDANT was in possession of a cellular phone. CBPO's conducted a border search of the device which revealed several WhatsApp Messenger group conversations wherein the DEFENDANT and others were communicating about the status of the border. Specifically, the members of the group chat appear to be driving up and down the border on the Juarez, Mexico side. The group chat members are tracking the movements of USBP agents by recording videos of their location and then sending the video to the DEFENDANT and other members of the group. They are also providing updates to the group about when law enforcement had left an area. Another video found on the DEFENDANT's cellphone was recognized by agents as being a 'proof of life' video. The video shows two suspected aliens stating their names and where they were from. Agents know this type of video is common among alien smugglers because smugglers often record these proof-of-life videos to prove aliens have arrived at various destinations as they are smuggled into the United States.